UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 99-834-CIV-MOORE

TELECOM ITALIA, SpA

    Plaintiff,

vs.

**ORDER**

WHOLESALE TELECOM CORP.

    Defendant/Third-Party Plaintiff,

vs.

TELEMEDIA INTERNATIONAL U.S.A., INC.,

    Third-Party Defendant.
_____/

THIS CAUSE came before the Court upon Third-Party Defendant's Motion for Enlargement of Time in Which To Reply to Defendant's Opposition to Third-Party Defendant's Motion To Dismiss Defendant's Third-Party Complaint (DE # 62).

UPON CONSIDERATION of the Motion and the pertinent portions of the record, it is

ORDERED AND ADJUDGED that the hereby Motion is GRANTED nunc pro tunc.

DONE AND ORDERED in Chambers at Miami, Florida, this __ day of December, 1999.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:    Andrew R. Spector, Esq.
       Robert Paterno, Esq.
       Mitchell F. Brecher, Esq.
       Debra A. McGuire, Esq.

SCANNED