FILING FEE PAID ___
In Forma Pauperis ___

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

J. MOORE/M.J. O'SULLIVAN

TELECOM ITALIA, SpA.,

    Plaintiff,

vs.                                                                                   CASE NO.: 99-0834-CIV- MOORE

WHOLESALE TELECOM CORPORATION,

    Defendant/Third-Party Plaintiff,            **NOTICE OF APPEAL**

vs.

TELEMEDIA INTERNATIONAL U.S.A., INC.,

    Third-Party Defendant..
_____/

    NOTICE IS HEREBY GIVEN that TELEMEDIA INTERNATIONAL U.S.A., INC., Third-Party Defendant in the above-named case, hereby appeals to United States Court of Appeals for the Eleventh Circuit from an Order entered in this action on December 17, 1999, Granting, in part, and Denying, in part, Third-Party Defendant's Motion to Dismiss Defendant's Third-Party Complaint. The instant appeal is directed to that portion of the Order which denied the Motion to Dismiss.

DATED:    Miami, Florida        TELEMEDIA INTERNATIONAL U.S.A., INC.
            January 14, 2000        By its Attorneys
                                                    HYMAN & KAPLAN, P.A.

                                                    By: _____
                                                    Aaron R. Resnick, Esquire/ARR141097
                                                    **HYMAN & KAPLAN, P.A.**
                                                    Attorneys for Plaintiff and Third-Party Defendant
                                                    150 West Flagler Street

27th Floor, Museum Tower
Miami, Florida 33130
Phone: (305) 371-4244
Fax: (305) 371-5930

- and -

**VINCENTI & VINCENTI, P.C.**
John V. Vincenti, Esq.
Attorneys for Third-Party Defendant
3 New York Plaza, 14th Floor
New York, New York 10004
Phone: (212) 509-4600
Fax: (212) 509-0406

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served, via U.S. Mail, postage prepaid, upon Robert J. Paterno, Esquire, 700 N.E. 90th Street, Miami, Florida 33138; Mitchell F. Brecher, Esquire and Debra F. McGruire, Esquire, GREENBERG TRAURIG, 1300 Connecticut Avenue, N.W., Washington, D.C. 20036 on this 14th day of January, 2000.

Respectfully submitted,
**HYMAN & KAPLAN, P.A.**
150 West Flagler Street
27th Floor, Museum Tower
Miami, Florida 33130
Phone: (305) 371-4244
Fax: (305) 371-5930

BY: _____
AARON R. RESNICK, ESQUIRE
For the Firm

F:\WP51\FILES\MARC\PLDGS\MTD\telecom-appeal.not.wpd

2

LAW OFFICES HYMAN & KAPLAN, P.A.
MUSEUM TOWER, TWENTY-SEVENTH FLOOR, 150 WEST FLAGLER STREET, MIAMI, FLORIDA 33130 • DADE 371-4244 BROWARD 763-8908