IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 99-834-CIV-MOORE

TELECOM ITALIA, SpA,

    Plaintiff,

vs.

**OMNIBUS ORDER**

WHOLESALE TELECOM CORPORATION,

    Defendant and Third-Party Plaintiff,

vs.

TELEMEDIA INTERNATIONAL U.S.A., INC.,

    Third-Party Defendant.
_____/

FILED by _____ D.C.

AUG 9 2000

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE came before the Court upon (1) Third-Party Defendant Telemedia International U.S.A., Inc.'s Motion to Stay Proceedings (DE # 93); (2) Defendant Wholesale Telecom Corporation's Motion for Leave to Amend Counterclaim Against Plaintiff (DE # 102); (3) Plaintiff Telecom Italia, SpA's Motion to Strike Portions of Defendant's Answer and Counterclaim (DE # 106); and (4) Plaintiff Telecom Italia, SpA's Motion to Preclude Evidence, for Extension of Time and for Continuance of Trial (DE # 108).

THE COURT has considered the Motions, responses, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1.    Third-Party Defendant Telemedia International U.S.A., Inc.'s Motion to Stay



Proceedings (DE # 93) is GRANTED. All matters in this case shall be STAYED pending the resolution of the appeal on Third-Party Defendant Telemedia International U.S.A., Inc.'s Motion to Compel Arbitration.

2. Defendant Wholesale Telecom Corporation's Motion for Leave to Amend Counterclaim Against Plaintiff (DE # 102), Plaintiff Telecom Italia, SpA's Motion to Strike Portions of Defendant's Answer and Counterclaim (DE # 106), Plaintiff Telecom Italia, SpA's Motion to Preclude Evidence, for Extension of Time and for Continuance of Trial (DE # 108) are DENIED, with leave to refile after the resolution of the pending appeal.

3. The Clerk of Court shall mark this case CLOSED <u>for administrative purposes only</u>.

DONE AND ORDERED in Chambers at Miami, Florida, this _9th_ day of August, 2000.

K/MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:
United States Magistrate Judge John J. O'Sullivan
Marc A. Rubin, Esq.
Robert Paterno, Esq.
Mitchell F. Brecher, Esq.
Debra F. McGuire, Esq.